# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

IN RE:                           :
                                 :
                                 :
Sherrie T. Howell                :   CASE NO. 1:13-mc-380
                                 :   (DISCIPLINARY)
                                 :
Respondent.                      :
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF RECIPROCAL SUSPENSION

Sherrie T. Howell, Esquire was admitted to practice before the bar of this Court on March 26, 1993. On August 22, 2013, this Court received a copy of an order from the Court of Appeals of Maryland suspending Respondent for a period of one year, effective September 20, 2013. On October 2, 2013, this Court entered a show cause order requesting Respondent to show cause, if any, within thirty (30) days after service of that order, why this Court should not impose the identical, greater, or lesser discipline as that imposed by the Court of Appeals of Maryland. On October 2, 2013, the Clerk sent the show cause order by certified mail, return receipt requested, to Respondent's last known address on file with the Clerk's Office. Respondent did not file a response and more than thirty days have expired from the date of mailing the show cause order. It is therefore,

ORDERED by the United States District Court for the District of Maryland, that Sherrie T. Howell, Esquire, be and hereby is, suspended from the practice of law before this Court for a period of one year. This Order is entered, *nunc pro tunc*, from September 20, 2013, the date the Respondent was suspended by the Court of Appeals of Maryland. Reinstatement is not automatic; Respondent must comply with Local Rule 705.4.

The Clerk is directed to send a certified copy of this Order to Respondent by regular mail. Within fourteen (14) days of this Order, the Clerk shall give notice of this Order to the bar authorities and jurisdictions where Respondent is admitted to practice, as provided for in Local Rule 705.5(a). The Clerk shall also notify the National Lawyer Regulatory Data Bank of this Order as required by Local Rule 705.5(b).

Date: Nov 22, 2013

_____
Deborah K. Chasanow, Chief Judge
United States District Court